# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4279
_____

JAMALE EUGENE SMALL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

June 13, 2019


PER CURIAM.

AFFIRMED.

RAY, BILBREY, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jamale Eugene Small, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.